# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | **5:91-CR-10 (WDO)** |
| TROY LEE BROWN, : | **5:05-CV-397 (WDO)** |
| : | |
| Defendant-Petitioner : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss Petitioner's Rule 60(b) motion and to deny the motion for an evidentiary hearing, and considering the objections thereto, the Recommendation is ADOPTED and made the order of the Court.

SO ORDERED this 18th day of April 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE