IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TROY LEE BROWN, | * | |
| Petitioner, | * | |
| | | CASE NO. 5:05-CV-397 WDO |
| VS. | * | § 3582(c)(2) Motion |
| | | CASE NO. 5:91-CR-10 WDO |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## DENIAL OF MOTION TO PROCEED
## IN FORMA PAUPERIS

Petitioner Brown filed a Notice of Appeal and an Application For Certificate of Appealability in this case on June 9, 2006. This court denied the same on June 13, 2006. [Document 239]. Brown has now filed, as of July 10, 2006, an Application To Proceed on Appeal In Forma Pauperis. [Document 247].

This Court having denied Petitioner a Certificate of Appealability, now denies his Application To Proceed on Appeal In Forma Pauperis as moot.

**SO ORDERED** this 12th day of July 2006.


S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**